1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WALTER W. ROGERS,                    ) Case No. EDCV 07-315-OP
                                     )
                    Plaintiff,       )
                                     ) JUDGMENT
          v.                         )
                                     )
MICHAEL J. ASTRUE,[1]                )
Commissioner of Social Security,     )
                                     )
                    Defendant.       )

     Pursuant to the Memorandum Opinion; Order of the United States

Magistrate Judge,

/ / /

/ / /

/ / /

_____

     [1]  Michael J. Astrue, who was sworn in as the Commissioner of the Social
Security Administration on February 12, 2007, is substituted as the Defendant
pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

1

1        IT IS ADJUDGED that Judgment be entered affirming the decision of the

2    Commissioner and dismissing this action with prejudice.

3

4    DATED:    July 22, 2008

                        HONORABLE OSWALD PARADA

5                            United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28